ACCEPTED
03-14-00658-CV
3691133
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 9:12:01 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00658-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 9:12:01 AM
JEFFREY D. KYLE
Clerk

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

_____

**ROBYN N. JONES,**

Appellant,

v.

**WELLS FARGO BANK, N.A.**

Appellee.

On Appeal from the 428th Judicial District Court,
Cause No. 11-0479

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
### FOR WELLS FARGO BANK, N.A.

Appellee Wells Fargo Bank, N.A. hereby notifies the Court of the appearance of W. Scott Hastings as additional counsel for Wells Fargo in the above-captioned case.  Mr. Hastings' contact information is:

W. Scott Hastings
  State Bar No. 24002241
  shastings@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (fax)

Respectfully submitted,

/s/ W. Scott Hastings

B. David L. Foster
  dfoster@lockelord.com
  State Bar No. 24031555
Ryan D. V. Greene
  rgreene@lockelord.com
  State Bar No. 24012730
600 Congress Avenue, Suite 2200
Austin, Texas  78701
Telephone:  (512) 305-4700
Facsimile:  (512) 305-4800

W. Scott Hastings
  shastings@lockelord.com
  State Bar No. 24002241
Robert T. Mowrey
  rmowrey@lockelord.com
  State Bar No. 14607500
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

*Counsel for Appellee Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following counsel of record by the CM/ECF system or, if any counsel is not registered, by United States mail on this the 8th day of January, 2015:

Doug W. Ray
Ray & Wood
2700 Bee Caves Road
Austin, Texas  78746

/s/ W. Scott Hastings

W. Scott Hastings

2